Aviles v State of New York (2023 NY Slip Op 00542)

Aviles v State of New York

2023 NY Slip Op 00542

Decided on February 3, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 3, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, CURRAN, BANNISTER, AND MONTOUR, JJ.

144 CA 22-00922

[*1]ANGEL AVILES, CLAIMANT-APPELLANT,
v
STATE OF NEW YORK, DEFENDANT-RESPONDENT. (CLAIM NO. 132919.) 

TRACIE A. SUNDACK & ASSOCIATES, LLC, WHITE PLAINS (TRACIE A. SUNDACK OF COUNSEL), FOR CLAIMANT-APPELLANT. 
LETITIA JAMES, ATTORNEY GENERAL, ALBANY (ALEXANDRIA TWINEM OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from an order of the Court of Claims (Michael E. Hudson, J.), entered December 3, 2021. The order, among other things, granted defendant's motion for summary judgment dismissing the claim. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at the Court of Claims.
Entered: February 3, 2023
Ann Dillon Flynn
Clerk of the Court